# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1266
Lower Tribunal No. F24-4266
_____

**Walter Griggs,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Walter Griggs, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 921.161(1), Fla. Stat. (2024) ("A sentence of imprisonment shall not begin to run before the date it is imposed, but ***the court imposing a sentence*** shall allow a defendant credit for all of the time she or he spent in the county jail before sentence. The credit must be for a specified period of time and shall be provided for in the sentence.") (emphasis added).